AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

KENNETH GUNN
3233 McElvy St.
Montgomery, Alabama  36108

**WARRANT FOR ARREST**

Case Number:   2:06cr217-001-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KENNETH GUNN_____
                                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Interstate or Foreign Shipment by Carrier

in violation of Title _____18_____ United States Code, Section(s) _____659 and 2_____

DEBRA P. HACKETT
Name of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

September 11, 2006, Montgomery, Alabama
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |