**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 9-25-2006

DIGITAL RECORDING: 2:35 – 2:42 pm
2:43 – 2:48 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: VPM
DEPUTY CLERK: sql

CASE NO.: 2:06CR217-WKW
DEFT. NAME: Kenneth GUNN

USA: Redmond
ATTY: Conrad
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
( ) Stand In ONLY

(USPTSO)/USPO: Martin

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME: ____

- ☐ kars.
- ☐ kia.
- ☒ kcnsl.
- ☐
- ☒ kfinaff.
- ☒ koappted
- ☐ k20appt.
- ☐
- ☐
- ☐
- ☐ kdmhrg.
- ☐ kotempdtn.
- ☐ kodtn.
- ☐ kocondrls.
- ☐ kbnd.
- ☐ kloc.(LC)
- ☐
- ☐ ko.
- ☐ kwvprl.
- ☐
- ☒ karr.
- ☐ krmknn.
- ☐ krmvhrg.
- ☒ kwvspt

Date of Arrest 9-25-06 or ☐ karsr40
Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
Deft. First Appearance with Counsel
Deft. First Appearance without Counsel
Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
Financial Affidavit executed ☐ to be obtained by PTSO
**ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
Panel Attorney Appointed; ☐ to be appointed - prepare voucher
Deft. Advises he will retain counsel. Has retained ____
Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
Government's WRITTEN Motion for Detention Hrg. filed.
**Detention Hearing** ☐ held; ☐ set for ____
**ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
**ORDER OF DETENTION PENDING TRIAL** entered
Release order entered. Deft. advised of conditions of release
☐BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
Bond **NOT** executed. Deft to remain in Marshal's custody
Preliminary Hearing ☐ Set for ____
Deft. **ORDERED REMOVED** to originating district
Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
ARRAIGNMENT SET FOR: ____ ☒ HELD  Plea of **NOT GUILTY** entered.
☒Set for 1-8-07 Trial Term; ☒ **PRETRIAL CONFERENCE DATE:** 10-13-06
DISCOVERY DISCLOSURES DATE: 9-25-06
NOTICE to retained Criminal Defense Attorney handed to Counsel
Identity/Removal Hearing set for ____
**Waiver of Speedy Trial Act Rights Executed**