IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr217-WKW |
| | ) | |
| KENNETH GUNN | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **KENNETH GUNN**, in the above-styled case.

Dated this 27TH day of September 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney

                            Respectfully submitted,

                            s/Jennifer A. Hart
                            **JENNIFER A. HART**
                            FEDERAL DEFENDERS
                            MIDDLE DISTRICT OF ALABAMA
                            201 Monroe Street, Suite 407
                            Montgomery, AL 36104
                            Phone: (334) 834-2099
                            Fax: (334) 834-0353
                            jennifer_hart@fd.org
                            AL Bar Code: HAR189