| COURTROOM DEPUTY'S MINUTES | DATE: 10/16/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:39 - 9:39 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr217-WKW   **DEFENDANT(S):** Kenneth Gunn

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Jennifer Anne Hart |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   Possible Plea

☐ **TRIAL STATUS**   1/8/07 Trial Term
2 Days for Trial

☐ **REMARKS:**