IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CASE NO.   2:06CR217-WKW |
| ) | |
| KENNETH GUNN ) | |
| COREY GARDNER ) | |

**ORDER**

For good cause it is

**ORDERED** that the deadlines for filing proposed voir dire, jury instructions and motions in limine in the above-case now set for January 2, 2007 be and are hereby **RESET** for **December 28, 2006.**

Done this 17th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE