IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06cr217-WKW |
| ) | |
| KENNETH GUNN ) | |
| COREY GARDNER ) | |

## **ORDER**

For good cause, it is

ORDERED that the portion of the pretrial order setting a pretrial conference for December 18, 2006 be and is hereby vacated.

DONE, this 5th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE