| COURTROOM DEPUTY'S MINUTES | DATE: 12/18/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:10 - 9:11 |

### PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE WALLACE CAPEL, JR. | DEPUTY CLERK: Wanda A. Robinson |
|---|---|
| CASE NUMBER: 2:06cr217-WKW | DEFENDANT(S): Kenneth Gunn |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan Redmond | | Jennifer Anne Hart (Kenneth Gunn) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**
   None

☐ **PLEA STATUS:**
   Plea
   To be set on the 12/22/06 Plea Docket at 9:00 a.m.

☐ **TRIAL STATUS**

☐ **REMARKS:**   Plea Agreement to be furnished to the Court this morning by USA