**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 20, 2006

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **USA vs. Kenneth Gunn**

**Case Number:**       **2:06cr217-WKW**

**Referenced Pleading:  Document #33**

**This Notice of Correction filed in the above referenced case to reflect** that the 12/22/06 Change of Plea hearing is to be held before Judge Wallace Capel, Jr. rather than Judge William Keith Watkins.