COURTROOM DEPUTY MINUTES    DATE: 12/22/06    DIGITAL RECORDING: 9:18 - 9:36
MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *WALLACE CAPEL, JR.* | DEPUTY CLERK: *WANDA ROBINSON* |
| CASE NUMBER: *2:06cr217-WKW* | DEFENDANT NAME: *Kenneth Gunn* |
| AUSA: *Verne Speirs* | DEFENDANT ATTY: *Jennifer Anne Hart* |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO |
| USPO: Jason Dillon | |
| Defendant ____ does __x__ does NOT need and interpreter. | |
| Interpreter present? __x__ NO ____ YES    Name: _____ | |

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

X-Guilty as to:

X-Count(s) __1__ of the Felony Indictment.

❏ Count(s) _____    ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

X **ORDER:** Defendant Continued under X- same bond until **REVOCATION HEARING** set for **1/2/07 @ 10:00am**

**Probation Officer informed Court that defendant admitted to drug usage in violation of pretrial release bond.**

❏ Trial on _____; Sentencing to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.