IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 06CR217-WKW |
| ) | |
| KENNETH GUNN ) | |

**ORDER**

For good cause, it is

ORDERED that the preliminary revocation hearing presently set for January 2, 2007 at 10:00 a.m. be and is hereby RESET on **January 3, 2007, at 10:00 a.m.** in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to mail to the Defendant at 3233 McElvy Street, Montgomery, Alabama 36108, a copy of this order.

Done this 29th day of December, 2006.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE