MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 1/3/07                     DIGITAL RECORDING: 10:18 - 10:26

DATE COMPLETED: 1/3/07

USA                                  *           2:06cr217-WKW

vs                                   *

KENNETH GUNN                         *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Jennifer Hart |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Jason Dillon, USPO

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Bond Revocation Hearing

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| Description | 2:06cr217-WKW: USA vs. Kenneth Gunn: Bond Revocation Hearing | |
| Date | 1/3/2007 | Location |
| Time | Speaker | Note |
| 10:18:13 AM | Court | Convenes |
| 10:18:57 AM | Government | Offers Proffer regarding Petition for Revocation |
| 10:20:54 AM | Defense | Request Electronic Monitoring and Defendant be allowed to participate in the CAPS drug treatment program |
| 10:22:54 AM | Court | Responds to Defense's request |
| 10:26:19 AM | Court | Defendant to be detained until sentencing |
| 10:26:44 AM | | Recess |