AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: KENNETH GUNN
CASE NUMBER: 2:06cr217-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 6/27/07 to FPC
at Pensacola FL, with a certified copy of this judgment.

Lt Stanford BOP Bus
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED

JUL - 5 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2007 JUL -2 P 12:51
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA